Michael S. Davis
Anthony I. Giacobbe, Jr.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Petitioner*
*American Home Assurance Company*

**JUDGE SULLIVAN**

**08 CV 0874**



JAN 24 2008
U.S.D...N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN HOME ASSURANCE COMPANY,

      Petitioner,

   - and -

CIRCLE L. ROOFING, INC.,

      Respondent.

---

Case No.

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

   The undersigned attorneys of record for Petitioner American Home Assurance Company ("American Home") certify, upon information and belief, that American International Group, Inc. is a publicly traded company and the parent corporation of American Home.

Dated: New York, New York
    January 24, 2008

          ZEICHNER ELLMAN & KRAUSE LLP

        By: _____
          Michael S. Davis (MD-6317)
          Anthony I. Giacobbe, Jr. (AG-0711)
           Attorneys for Petitioner, American Home
          Assurance Company
          575 Lexington Avenue
          New York, New York 10022
          (212) 223-0400

517748.v1/10670-001/AIG