UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



AMERICAN HOME ASSURANCE COMPANY,

    Plaintiff,

-v-

CIRCLE L. ROOFING, INC.,

    Defendants.

No. 08 Civ. 874 (RJS)
ORDER TO SHOW CAUSE

RICHARD J. SULLIVAN, District Judge:

WHEREAS this Court, having considered the papers submitted in support of Petitioner American Home Assurance Company's petition to compel arbitration, and sufficient cause therefore appearing;

WHEREAS this Court conducted a conference call with counsel for the respective parties on January 25, 2008;

IT IS HEREBY ORDERED that Respondent show cause before this Court at a hearing in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York 10007, on February 13, 2008 at 9:00 a.m., why this Court should not issue an Order (a) directing Respondent to submit all disputes asserted in the Florida action, including the motion for a preliminary injunction, to arbitration without delay; and (b) directing that the Respondent may not prosecute the Florida action and that it be stayed until such arbitration is completed;

IT IS FURTHER ORDERED that service of a copy of this Order to Show Cause together with the papers upon which it is granted, including the summons and petition, be served upon Respondent no later than Monday, January 28, 2008 at 5:00 p.m.;

IT IS FURTHER ORDERED that any written opposition to this Order to Show Cause shall be filed and served no later than February 7, 2008 at 5:00 p.m., and that the papers should specifically address whether this Court has the authority to stay the action currently pending in the Middle District of Florida;

IT IS FURTHER ORDERED that reply papers, if any, shall be filed and served no later than February 11, 2008 at 5:00 p.m.

SO ORDERED.

Dated:   January 25, 2008
         New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE