Michael S. Davis
Anthony I. Giacobbe, Jr.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Petitioner*
*American Home Assurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY,<br><br>                              Petitioner,<br><br>                 - and -<br><br>CIRCLE L. ROOFING, INC.,<br><br>                              Respondent. | Case No.:08 cv 0874 (RJS)<br><br>**PROOF OF SERVICE**<br>**OF ORDER TO SHOW CAUSE** |

ANTHONY I. GIACOBBE, JR., pursuant to 28 U.S.C. § 1746, declares:

1.     Attached herewith are affidavits of service of the Order to show cause and an e-mail from Respondent's attorneys acknowledging that service is complete.

Dated:    February 4, 2008

By: _____
     ANTHONY I. GIACOBBE, JR.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff:
**AMERICAN HOME ASSURANCE COMPANY**

vs.                                    Case Number: **08-CV-0874**

Defendant:
**CIRCLE L ROOFING, INC.**

## RETURN OF SERVICE

FOR:  **CARLTON FIELDS**
      **4221 W. Boyscout Boulevard**
      **Tampa, Florida 33607**
      **(813) 223-7000**

Type of Service: The Order to Show Cause together with the papers upon which it is granted, including the Summons and Petition to Compel Arbitration and its accompanying exhibits.

Defendant to be served: **Circle L Roofing, Inc.**
Address to be served: **7175 21st Street East, Sarasota, Florida 34243**

The undersigned received this process on the **29th of January, 2008 at 8:00 A.M.**

I, Christopher S. Hunt, do hereby affirm that on the **29th day of January, 2008 at 11:25 A.M**, I effected:

( X ) **CORPORATE SERVICE** by serving a true copy of this process with the date and hour of service endorsed by me to the Defendant's address on a person employed therein, to wit: **Raedean Lynn, as Vice President of Human Resources**, who is 15 years of age or older, and informing such person of their contents, pursuant to Section 48.031, Florida Statutes.

COMMENTS:

I hereby certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made pursuant to Florida Statute 48.29. Under penalties of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct. No Notary required pursuant to F.S. 92.525(2).

_____CS Hunt_____
Christopher S. Hunt
Certified Process Server #0320
Server in Good Standing in the 12th Judicial Circuit
BlackstoneHunt Investigative Agency, LLC
P.O Box 52562
Sarasota, FL 34232

# VERIFIED RETURN OF SERVICE

| State of New York | County of | United States District Court |
|---|---|---|

Index Number: 08 CV 0874
Date Filed: 1/24/2008

Plaintiff:
**AMERICAN HOME ASSURANCE COMPANY**

vs.

Defendant:
**CIRCLE L. ROOFING, INC.**

For:
Christopher Sacco
CARLTON FIELDS - TAMPA
4221 W Boyscout Blvd
10th Floor
Tampa, FL 33607

Received by Faithful Delivery Services on the 28th day of January, 2008 at 3:51 pm to be served on **CIRCLE L. ROOFING, INC. JENNIS BOWEN & BRUNDAGE, P.L., 400 NORTH ASHLEY DRIVE, SUITE 2540, TAMPA, FL 33602.**

I, DON AUSTIN 07634993, being duly sworn, depose and say that on the **28th day of January, 2008** at **4:17 pm**, I:

served a **CORPORATION** by delivering a true copy of the **ORDER TO SHOW CAUSE TOGETHER WITH THE PAPERS UPON WHICH IT IS GRANTED, INCLUDING THE SUMMONS AND PETITION TO COMPEL ARBITRATION AND ITS ACCOMPANYING EXHIBITS** with the date and hour of service endorsed thereon by me, to: **MRS. BROOKS** as **RECEPTIONIST** for **JENNIS BOWEN & BRUNDAGE, P.L.**, at the address of: **400 NORTH ASHLEY DRIVE, SUITE 2540, TAMPA, FL 33602**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/28/2008 4:17 pm NO ATTORNEY WAS AVAILABLE TO ACCEPT SERVICE!

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

LINNAYA A COMBS
MY COMMISSION # DD630332
EXPIRES January 17, 2011
(407) 398-0153    FloridaNotaryService.com

Subscribed and Sworn to before me on the 4th day of February, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

DON AUSTIN 07634993
Process Server

Faithful Delivery Services
P.O. Box 172998
Tampa, FL 33672
(813) 254-6672

Our Job Serial Number: 2008000069

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

## Michael Antonivich

**From:** Andrew Lennox [alennox@jennisbowen.com]
**Sent:** Tuesday, January 29, 2008 4:39 PM
**To:** Anthony I Giacobbe
**Subject:** RE: American Home/Circle L - Service of OSC

Acknowledged

Andrew W. Lennox, Esq.
Jennis, Bowen & Brundage, P.L.
400 N. Ashley Drive, Suite 2540
Tampa, Florida 33602
Tel: (813) 229-1700
Fax: (813) 229-1707


Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

**From:** Anthony I Giacobbe [mailto:Agiacobbe@zeklaw.com]
**Sent:** Tuesday, January 29, 2008 4:37 PM
**To:** Andrew Lennox
**Cc:** Michael Brundage; Michael S. Davis
**Subject:** American Home/Circle L - Service of OSC

Andrew,

This is to confirm your agreement that service of the Order to Show Cause (attached) is complete based upon service upon your firm yesterday and upon your client this morning.

As I explained, we had difficulty serving your client yesterday.

Please acknowledge.

Tony Giacobbe

This transmission may contain confidential and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange retrieval.

Anthony I. Giacobbe, Jr.


2/4/2008

Zeichner Ellman & Krause LLP

575 Lexington Avenue

New York, New York  10022

tel. 212-826-5348

fax 212-753-0396

2/4/2008