UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN HOME ASSURANCE COMPANY,　　　Case No. 08 Civ. 874 (RJS)

　　　　　Petitioner,

-against-　　　　　　　　　　　　　　　　　　**NOTICE OF APPEARANCE**

CIRCLE L. ROOFING, INC.,

　　　　　Respondent,
_____/

To the Clerk of this Court and all parties of Record:

　　PLEASE TAKE NOTICE that Marc S. Gottlieb hereby appears on behalf of Respondent CIRCLE L. ROOFING, INC. in the within matter.

　　I CERTIFY that I am admitted to practice in this Court and that I am a member in good standing.

Dated: New York, New York
　　　　February 7, 2008

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MARC S. GOTTLIEB (MSG-1007)

　　　　　　　　　　　　　　　　　　　　　　Law Office of Marc S. Gottlieb
　　　　　　　　　　　　　　　　　　　　　　One Liberty Plaza, 46th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York  10006
　　　　　　　　　　　　　　　　　　　　　　(212) 531-8276 (telephone)
　　　　　　　　　　　　　　　　　　　　　　(866) 294-0074 (facsimile