Michael S. Davis
Anthony I. Giacobbe, Jr.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York  10022
(212) 223-0400

*Attorneys for Petitioner*
*American Home Assurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY,<br><br>                                   Petitioner,<br><br>                        - and -<br><br>CIRCLE L. ROOFING, INC.,<br><br>                                   Respondent. | Case No.:08 cv 0874 (RJS)<br><br><br>**CERTIFICATE OF SERVICE OF**<br>**REPLY PAPERS** |

Michael W. Antonivich, certifies pursuant to 28 U.S.C 1746 under penalty of perjury, that on the 11th day of February, 2008, prior to 5:00 p.m., I caused to be served a true copy of the within **Reply Declaration of Anthony I. Giacobbe, Jr. and the exhibits thereto and the Reply Memorandum of Law in Support of Petition of American Home Assurance Company to compel Arbitration** upon the attorneys hereinafter named at the place hereinafter stated by the manner indicated in bold and to said attorneys by ECF.

    Mark S. Gottlieb, Esq. (by hand Delivery)
    Law Office Of Marc S. Gottlieb
    One Liberty Plaza, 46th Floor
    New York, New York 10006

Dated: New York, New York
       February 11, 2008

                              MICHAEL W. ANTONIVICH