UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN HOME ASURANCE COMPANY,          Case No. 8:cv-0874-RJS

    Petitioner,

vs.

CIRCLE L. ROOFING, INC.,

    Respondent.

_____/

## RESPONDENT'S ANSWER TO PETITION TO COMPEL ARBITRATION

Respondent, CIRCLE L. ROOFING, INC., ("Circle L") a Florida Corporation, by and through its undersigned counsel, hereby files its answer to the Petitioner's Motion to Compel Arbitration filed by AMERICAN HOME ASSURANCE COMPANY ("AHAC" or the "Insurance Company"), and as to each correspondingly numbered paragraph states the following:

1. Admitted for jurisdictional purposes only.

2. Without knowledge, therefore denied.

3. Admitted.

4. Admitted for the limited purpose of filing this answer.

5. Admitted that the referenced document speaks for itself, otherwise denied.

6. Admitted that AHAC provided certain insurance coverages for the benefit of Circle L and its employees for a period of time. Otherwise, denied.

7. Admitted that the referenced document speaks for itself, otherwise denied.

8. Admitted that the referenced document speaks for itself, otherwise denied.

9. Admitted that the referenced document speaks for itself, otherwise denied.

10. Admitted that Circle L filed a complaint dated December 31, 2007 in the United States District Court for the Middle District of Florida, Tampa Division, which speaks for itself. Otherwise, denied.

11. Denied.

12. Admitted that Circle L moved for a preliminary injunction, otherwise denied.

13. Admitted that the referenced document speaks for itself, otherwise denied.

14. Admitted that the referenced document speaks for itself, otherwise denied.

15. Admitted that the referenced document speaks for itself, otherwise denied.

16. Without knowledge, therefore denied.

## AFFIRMATIVE DEFENSE

To the extent AHAC has a right to compel arbitration, it cannot avail itself of that right under the doctrines of estoppel and waiver.

Dated: New York, New York
       February 19, 2008

>                                   Respectfully submitted,
>
>                                   *[signature]*
>                                   MARC S. GOTTLIEB (MSG-1007)
>
>                                   Law Offices of Marc S. Gottlieb
>                                   One Liberty Plaza, 46th Floor
>                                   New York, New York 10006
>                                   (212) 531-8276 (telephone)
>                                   (866) 294-0074 (facsimile)
>                                   Email: beilttog@yahoo.com

{00086442.DOC;1}

        AND

        David S. Jennis
        Florida Bar No. 775940
        Chad S. Bowen
        Florida Bar No. 0138290
        Jennis & Bowen, P.L.
        400 North Ashley Drive, Suite 2540
        Tampa, FL  33602
        Tel: 813-229-1700
        Fax: 813-229-1707
        djennis@jennisbowen.com
        COUNSEL FOR RESPONDENT

## **CERTIFICATE OF SERVICE**

MARC S. GOTTLIEB, hereby certifies that a true and correct copy of the foregoing has been furnished by filing via CM/ECF, via electronic mail and/or by regular U.S. Mail to: Michael S. Davis and Anthony I. Giacobbe, Jr., Zeichner Ellman & Krause, LLP, 575 Lexington Avenue, New York, NY 10022 on this 19th day of February, 2008.

MARC S. GOTTLIEB (MSG-1007)

{00086442.DOC;1}