UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X    Docket No. 08 Civ. 874 (RJS)

AMERICAN HOME ASSURANCE COMPANY,
          *Petitioner,*

     *-against-*
                                    **RESPONDENT'S STATEMENT**
                                    **PURSUANT TO FRCP RULE 7.1**
CIRCLE L. ROOFING, INC.,           **AND LOCAL RULE 1.9**
          *Respondent.*
-------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 1.9 of the Local Rules of

the United States District Court for the Southern and Eastern Districts of New York, and to enable judges

and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel

for Respondent Circle L. Roofing, Inc., (a private non-governmental party), certifies that there is no parent

corporation or any publicly held corporation that owns 10% or more of the stock or membership interest in

the Respondent corporation.

Dated:   New York, New York
         February 19, 2008

                                 MARC S. GOTTLIEB (MSG-1007)